People v Riley (2024 NY Slip Op 00655)

People v Riley

2024 NY Slip Op 00655

Decided on February 8, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 8, 2024

113349
[*1]The People of the State of New York, Respondent,
v
Coleen R. Riley, Appellant.

Calendar Date:January 5, 2024

Before:Garry, P.J., Egan Jr., Aarons, Powers and Mackey, JJ.

Kathy Manley, Selkirk, for appellant.
Karen A. Heggen, District Attorney, Ballston Spa (Jesse Ashdown of counsel), for respondent.

Appeal from a judgment of the County Court of Saratoga County (James A. Murphy III, J.), rendered April 1, 2021, convicting defendant upon her plea of guilty of the crime of burglary in the third degree.
In satisfaction of a five-count indictment, defendant pleaded guilty to burglary in the third degree and waived her right to appeal. Consistent with the terms of the plea agreement, County Court sentenced defendant to time served and a five-year term of probation. Defendant appeals.
Appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [3d Dept 1985], lv denied 67 NY2d 650 [1986]; see generally People v Beaty, 22 NY3d 490, 492-493 [2014]; People v Stokes, 95 NY2d 633, 638-639 [2001]).
Garry, P.J., Egan Jr., Aarons, Powers and Mackey, JJ., concur.
ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.